# EXHIBIT B
# TO PLAINTIFF'S COMPLAINT



# QUOTE

## JET Systems, LLC.
*Customer-focused Engineering*

JET Systems, LLC
48015-1 Pine Hill Run Rd
Lexington Park, MD 20653
240-925-5908
sjaster@myjetsystems.com

INVOICE # 20220808-001
DATE: 08/08/2022

**EXPIRATION DATE 10/1/2022**

TO   J.F. Taylor, Inc.
Attn:  Matt Campbell
45671 Pleasant Mill Drive
Great Mills, Maryland 20634

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Scott Jaster | ALF | NET 30 | |

| QTY | DESCRIPTION | PART NO. | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | Baseline ALF Software, to include build instructions, all binaries, source code, specify software/hardware dependencies, and container images (if applicable). All software is to be delivered with Government Purpose data rights. Baseline ALF Documentation and all related Deliverables. | | $4,074,000.00 | $4,074,000.00 |
| | | | TOTAL | $4,074,000.00 |

### Data Rights & Warranty

JET Systems will provide Government Purpose Rights, as defined by DFARS 252.227-7017, for proprietary technical data or computer software provided as part of this effort.

The customer may use provided documentation and technical information pertaining to the provided goods solely for the operation, maintenance, and configuration of purchased hardware, and may not redistribute furnished documents unless permitted in writing by JET Systems or by other use rights.

JET Systems warrants that purchased equipment will conform to specifications agreed upon by both parties prior to delivery and be free of defects in workmanship and material under normal installation, use, and service, provided the purchaser notify JET Systems of breach of said warrant within 30 days of receipt of the listed equipment.