# EXHIBIT E

# TO PLAINTIFF'S COMPLAINT



**RECEIPT**

**JET Systems, LLC.**
Customer-focused Engineering

DATE: 09/22/2022

DELIVERED BY:
JET Systems, LLC
48015-1 Pine Hill Run Rd
Lexington Park, MD 20653
240-925-5928
contact@myjetsystems.com

RECEIVED BY:

SIGNATURE
*Kevin Pilkerton*

DELIVERED TO:    PMA-209 c/o MULE

| TYPE | DESCRIPTION | PART NO. | QUANTITY |
|------|-------------|----------|----------|
| DVD | (U) ALF PowerPC 653 Supplemental | 220922 | 1 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



**RECEIPT**

**JET Systems, LLC.**
*Customer-focused Engineering*

DATE: 04/26/2022

DELIVERED BY:
JET Systems, LLC
48315-1 Pine Hill Run Rd
Lexington Park, MD 20653
240-925-5908
contact@myjetsystems.com

RECEIVED BY:

SIGNATURE

DELIVERED TO:

| TYPE | DESCRIPTION | PART NO. | QUANTITY |
|------|-------------|----------|----------|
| DVD | (U) ALF PowerPC 653 Test Cases | DVD 220923 | 1 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |