**EXHIBIT L**

**TO PLAINTIFF'S COMPLAINT**

**From:** Scott Jaster <sjaster@myjetsystems.com>
**Sent:** Wednesday, December 14, 2022 10:22 AM
**To:** Sparks, Tammy <tsparks@jfti.com>
**Cc:** Campbell, Matt <mcampbell@JFTI.com>; Taylor, Wayne <WTaylor@JFTI.com>
**Subject:** RE: JET Termination Notice

It was stated in the last phone call meeting that JFTi reviewed and assessed the delivered products, and that they "agree" with the Government's assessment. JET's contract was directly with JFTi, so I again request JFTi's report or assessment from their review on the product delivery that justifies the cancellation of the Purchase Order.

Thank you.

Scotty Jaster
CEO & Chief Engineer
240.925.5908 (cell)

**JET Systems, LLC**
AS 9100:2016 and ISO 9001:2015 quality certified organization

This electronic transmission and any attachments may be considered PROPRIETARY INFORMATION.
If you received this transmission in error, please destroy and notify the sender immediately.

---

**From:** Sparks, Tammy <tsparks@jfti.com>
**Sent:** Wednesday, December 14, 2022 12:50:43 PM
**To:** Scott Jaster <sjaster@myjetsystems.com>
**Cc:** Campbell, Matt <mcampbell@JFTI.com>; Taylor, Wayne <WTaylor@JFTI.com>
**Subject:** RE: JET Termination Notice

Scott,

Our prior correspondence has already addressed reasons for the termination for cause.

Thank you,
Tammy

Tammy Sparks
J.F. Taylor, Inc.
301-862-2927

**From:** Scott Jaster <sjaster@myjetsystems.com>
**Sent:** Wednesday, December 14, 2022 2:39 PM
**To:** Sparks, Tammy <tsparks@jfti.com>
**Cc:** Campbell, Matt <mcampbell@JFTI.com>; Taylor, Wayne <WTaylor@JFTI.com>
**Subject:** Re: JET Termination Notice

It did not address the cause. The purchase order was made between JFTI and JET, not between JET and the government. JFTI owes JET their own assessment as to why JFTI canceled the purchase order. The letter stated that the government customer felt that the products did not meet the intent of a loose definition of framework that they found in Google.

Please supply JFTI's reasoning for canceling the purchase order.


Scotty Jaster
CEO & Chief Engineer
240.925.5908 (cell)

**JET Systems, LLC**
AS 9100:2016 and ISO 9001:2015 quality certified organization

This electronic transmission and any attachments may be considered PROPRIETARY INFORMATION.
If you received this transmission in error, please destroy and notify the sender immediately.

---

**From:** Sparks, Tammy <tsparks@jfti.com>
**Sent:** Thursday, December 15, 2022 9:32:49 AM
**To:** Scott Jaster <sjaster@myjetsystems.com>
**Cc:** Campbell, Matt <mcampbell@JFTI.com>; Taylor, Wayne <WTaylor@JFTI.com>
**Subject:** RE: JET Termination Notice


Scott,

Again, all the information is provided in our prior correspondence.

Thank you,
Tammy

Tammy Sparks
J.F. Taylor, Inc.
301-862-2927

**From:** Scott Jaster <sjaster@myjetsystems.com>
**Sent:** Thursday, December 15, 2022 11:11 AM
**To:** Sparks, Tammy <tsparks@jfti.com>
**Cc:** Campbell, Matt <mcampbell@JFTI.com>; Taylor, Wayne <WTaylor@JFTI.com>
**Subject:** Re: JET Termination Notice

You keep saying that, but that is not the case.

Matt Campbell's name was signed on the purchase order, and Wayne Taylor is the president. I would like to communicate with only the two of them moving forward please, due to the sensitive and potentially heated nature of what is going to come out of this if it is not handled fairly, safely, and properly.

I was not given any sort of detailed report about what was missing from the deliverables list, or how the requirements of the deliverable items were not met.

The letter you reference from JFTI was a very subjective opinion from an unknown government source.  Who performed that assessment? Under what conditions? What was the criteria checklist? What were the validation methods? Etc... I've seen nothing.

My contract was with JFTI, there isn't even anything written into the purchase order related to acceptance criteria conditional upon government acceptance. Technically, contractually, and legally, JFTI was making the purchase from JET.  I certainly would not like to hold JFTI accountable, so JFTI needs to help JET pursue customer acceptance of the product as the easiest course of action.

If JFTI is going to attempt to cancel the purchase order with JET, JFTI is required to send justification from JFTI's assessment.

It was stated that JFTI performed a review and assessment of the products and that they "agreed with the customer's assessment and opinions" in the letter. So if that's the case, I would like to see a report of the assessment, some sort of checklist or acceptance criteria that the products were being held against, anything.  What assessment did JFTI agree with? Where is this assessment?

As of right now I have seen nothing from the government nor from JFTI.  The cancellation letter stated "cause", but there is no definition for that word. What cause? As of right now the cause is an opinion that it doesn't "feel" right.  What doesn't feel right is how this is being handled right now.  You all know that's not going to fly.  I'm just trying to make sure everything is on the level, amenable, and fair, and this is in no way fair to JET. Your best course of action is to work with JET to help obtain government acceptance, so liability does not fall on JFTI. It's an easy thing to do, it's the right thing to do, it's the logical thing to do, everything to make sure this is done right exists currently, so let's do the right thing and go down that path.

Your two logical options are to either help obtain government acceptance of the products, or supply JFTI's official detailed assessment as the cause and justification for canceling the contract with JET.

A third option is for JFTI to purchase the products JET, in which case JFTI would own the data rights themselves, which is a great opportunity and option that I would recommend if you guys would like to go down that path. It would accelerate you years ahead of where you are right now, and we can help set you up for multiple business avenues that you currently do not have access to. That would be the best course of action out of all of this... To work on things together as a team, but in the meantime, we need to at least get paid for what we built for the government. And there's no data justification that I've seen that warrants canceling the order.

Thanks.

Scotty Jaster
CEO & Chief Engineer
240.925.5908 (cell)

**JET Systems, LLC**
AS 9100:2016 and ISO 9001:2015 quality certified organization

This electronic transmission and any attachments may be considered PROPRIETARY INFORMATION.
If you received this transmission in error, please destroy and notify the sender immediately.