# EXHIBIT M
# TO PLAINTIFF'S COMPLAINT

**From:** Pilkerton, Kevin M CIV (USA) <kevin.m.pilkerton.civ@us.navy.mil>
**Sent:** Wednesday, September 28, 2022 11:44 AM
**To:** Peter Allen <pallen@myjetsystems.com>
**Cc:** Jenkins, Syltinsy P CTR (USA) <syltinsy.p.jenkins.ctr@us.navy.mil>; Williamson, Jeffrey W CIV USN NAS PAX MD (USA) <jeffrey.w.williamson6.civ@us.navy.mil>; Degner, Danette M CIV USN NAWCAD (USA) <danette.m.degner.civ@us.navy.mil>; Morris, Jason R CTR USN COMNAVAIRSYSCOM PAX (USA) <jason.r.morris.ctr@us.navy.mil>; Boyce, Jeffrey J CIV USN COMNAVAIRSYSCOM PAX (USA) <jeffrey.j.boyce.civ@us.navy.mil>; Kalin Kane <kkane@myjetsystems.com>; Lopez, C Geovana CIV USN COMNAVAIRSYSCOM PAX (USA) <carmen.g.lopez6.civ@us.navy.mil>; Stabler, Jason P CIV USN NAWCAD (USA) <jason.p.stabler.civ@us.navy.mil>; Scott Jaster <sjaster@myjetsystems.com>; McCowan, Mark N CIV USN NAWCAD (USA) <mark.n.mccowan.civ@us.navy.mil>
**Subject:** MULE Questions for JET

Hello Peter,

The MULE team has made great progress installing the delivered ALF software.  We were successfully able to build the delivered ALF software in VxWorks as well as the delivered User Interface Application (UIA) in Qt.  However, we are currently experiencing an issue connecting the UIA to the ALF software running on the SBC.  When entering our SBC's IP Address to connect to inside the UIA it displays a message showing the UIA is listening for a connection, but never receives data from the SBC. My team and I were wondering if you could answer a few questions to help us resolve this issue.  I will send the questions to JET via DoD SAFE and to the government via an encrypted email.

V/r,

Kevin Pilkerton
Multi-Use Laboratory Environment (MULE) MCA Software Lead
Avionics Systems Development & Support Branch/Core Avionics Engineering Division (AC12600)
Avionics Engineering Department/Mission Systems Group
NAVAL AIR WARFARE CENTER/ AIRCRAFT DIVISION
Kevin.m.pilkerton.civ@us.navy.mil