# EXHIBIT N
# TO PLAINTIFF'S COMPLAINT

Contract#  N0042122R3013

PMA-209 Engineering, Logistics and Other Technical Contractor Support Services (CSS) Capability Effort Statement of Work (SOW) 6/15/2023

Attachment J3 – Capabilities SOW 15june2023

4.5.3.6 KEY CAPABILITY LABOR CATEGORIES

Key Labor Category: Electrical Engineer (Senior) CMCD - Required Specialized Experience: At least ten years of collective experience utilizing engineering principles to investigate, analyze, plan, design, develop, implement, and test military mission systems is required. Five years of collective experience in performing functions such as system integration, configuration management, quality assurance testing, hardware development, software development. Two years demonstrated knowledge of Open Architecture standards, NAVAIR SETR process, and NAVAIR Flight Test processes. - Highly Desired Experience: At least three years of collective experience with CMCD based hardware and software mission computers and common Avionics Architecture Systems with unique avionics architecture. Demonstrated experience with adaptive layer frameworks and software containerization to develop and maintain adaptable software applications on CMCD MCA's.