# EXHIBIT O

# TO PLAINTIFF'S COMPLAINT



**DEPARTMENT OF THE NAVY**
NAVAL AIR SYSTEMS COMMAND
RADM WILLIAM A MOFFETT BUILDING
47123 BUSE ROAD BLDG 2272
PATUXENT RIVER, MARYLAND 20670-1547

7573
V00A
November 13, 2023

From: Commander, Naval Air Systems Command
To:   Office of the National Ombudsman, U.S. Small Business Administration
      (Attn: Ms. Michele Schimpp)

Subj: RESPONSE TO NATIONAL OMBUDSMAN ICO JET SYSTEMS LLC

Ref:  (a) Office of the National Ombudsman, Small Business Administration ltr of 24 Oct 23
      (b) JET Systems, LLC ltr of 17 Oct 23

---

5. Referencing JET Intellectual Property Concerns

   a. Mr. Jaster stated the following: *"By returning the media containing JET Systems intellectual property to JFTI, rather than directly to JET Systems, PMA-209 placed our intellectual property, without authorization to do so, into the hands of a direct competitor."*

3

Subj: RESPONSE TO NATIONAL OMBUDSMAN ICO JET SYSTEMS LLC

- PMA-209 contract is directly with JFTI for the Prototype Project for E-2D MCAP.
- While PMA-209's contract with JFTI does not document any delivery requirements regarding the JET ALF deliverable, PMA-209 did accept the direct delivery from JET to assess the software in our MULE upon JET's request.
- Upon completion of review and the subsequent cancellation of the Purchase Order between JFTI and JET, PMA-209's MULE placed the software in a sealed envelope and provided it to JFTI for return to JET.