# EXHIBIT P

# TO PLAINTIFF'S COMPLAINT



# J.F. Taylor, Inc.

21610 South Essex Drive    Lexington Park, MD  20653    301-862-3939    Fax 301-862-4069

August 5th, 2022

Attn: Scott Jaster
CEO & Chief Engineer
JET Systems, LLC

*******************************************************************************

The Government requests physical delivery of software and documentation via CD or via DoD SAFE.   Government approval will be required in order to facilitate payment.


J. F. Taylor requests that the products listed above be delivered to the government within 30 days of receipt of this order if possible.

*******************************************************************************

Sincerely,

Matt Campbell
MCAP Program Manager
J.F. Taylor, Inc.
Phone: 301-862-2604
Email: mcampbell@jfti.com