**EXHIBIT R**

**TO PLAINTIFF'S COMPLAINT**

**From:** Skidmore, Kim <kskidmore@jfti.com>
**Sent:** Thursday, August 18, 2022 8:48 AM
**To:** Scott Jaster <sjaster@myjetsystems.com>
**Cc:** Bradburn, Lucy <lbradburn@jfti.com>; Emerson, Bryana <bemerson@jfti.com>
**Subject:** RE: NEW JF TAYLOR ORDER / PO 309975 / QUOTE: ALF

Hello Scott,

Yes, as long as we get the signed acceptance letter.  Please forward all invoices to purchasing@jfti.com.

Thank you!

---

**From:** Scott Jaster <sjaster@myjetsystems.com>
**Sent:** Wednesday, August 17, 2022 5:10 PM
**To:** Skidmore, Kim <kskidmore@jfti.com>
**Cc:** Bradburn, Lucy <lbradburn@jfti.com>; Emerson, Bryana <bemerson@jfti.com>
**Subject:** Re: NEW JF TAYLOR ORDER / PO 309975 / QUOTE: ALF

Confirmed receipt.

At this point, I can deliver to the government, acquire a signed product acceptance from them, and submit that along with an invoice to JFTi and we are good?

Scotty Jaster
CEO & Chief Engineer
240.925.5908 (cell)

### JET Systems, LLC
AS 9100:2016 and ISO 9001:2015 quality certified organization

This electronic transmission and any attachments may be considered PROPRIETARY INFORMATION.
If you received this transmission in error, please destroy and notify the sender immediately.