IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **JET SYSTEMS, LLC** )<br>)<br>     **Plaintiff,**     )<br>)<br>v.                              )<br>)<br>**J.F. TAYLOR, INC.**        )<br>)<br>     **Defendant.**        )<br>_____) | Case No. 8:24-cv-01628-DKC<br><br>TRIAL BY JURY DEMANDED |

### ERRATUM

Plaintiff JET Systems, LLC ("JET"), by and through undersigned counsel, files this Erratum, and states as follows:

Upon examination of the filed Complaint and its Exhibits, Plaintiff discovered that the document identified as Exhibit K to the Complaint [ECF # 1-13] was mislabeled as Exhibit I to the Complaint. Plaintiff attaches hereto a corrected copy of Exhibit K with the correct label. Plaintiff apologizes for any confusion.

Dated: June 5, 2024,                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Richard S. Toikka
　　　　　　　　　　　　　　　　　　　　Richard S. Toikka, Fed Bar No.13543
　　　　　　　　　　　　　　　　　　　　Russell O. Paige, Fed Bar No. 16035
　　　　　　　　　　　　　　　　　　　　 *(reinstatement of active status pending)*
　　　　　　　　　　　　　　　　　　　　WILT TOIKKA KRAFT, LLP
　　　　　　　　　　　　　　　　　　　　1629 K Street, NW, Suite 300
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　202-508-3648 (phone)
　　　　　　　　　　　　　　　　　　　　240-888-8110 (mobile)
　　　　　　　　　　　　　　　　　　　　rtoikka@wtk-law.com (email)
　　　　　　　　　　　　　　　　　　　　rpaige@wtk-law.com (email)

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff