**EXHIBIT K
TO PLAINTIFF'S COMPLAINT**

Scotty Jaster
Wayne Taylor
Matt Campbell
Natalie Long
Tammy Sparks

Meeting maker content:

"

JET Show Cause notice discussion

All,

For this subject we can use the following dial-in number:

**Conference Call Number:**
1-888-206-2266
Passcode:
2178112#

Thanks,
Matt Campbell
"