# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| **JET SYSTEMS, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**J.F. TAYLOR, INC.**, )<br>)<br>Defendant. )<br>) | Civil Action No. 8:24-cv-1628-DKC |

### DEFENDANT J.F. TAYLOR, INC.'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant J.F. Taylor, Inc. ("J.F. Taylor"), by and through counsel, respectfully submits this Motion to Dismiss Plaintiff's Complaint. As set forth in J.F. Taylor's accompanying Memorandum of Law, this case, brought by Plaintiff, JET Systems, LLC, should be dismissed for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  July 31, 2024

Respectfully Submitted,

*/s/ Lyndsay A. Gorton*
Lyndsay A. Gorton, Bar No. 19457
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
LGorton@crowell.co

Paul Keller (*Pro Hac Vice*)
James Reed (*Pro Hac Vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 443-4000
Fax: (202) 628-5116
PKeller@crowell.com

JReed@crowell.com

*Counsel for Defendant J.F. Taylor, Inc.*