IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

_____
**JET SYSTEMS, LLC**          )
                              )
    Plaintiff,           ) Case No. 8:24-cv-1628-DKC
                              )
v.                            )
                              ) TRIAL BY JURY DEMANDED
**J.F. TAYLOR, INC.**         )
                              )
    Defendant.           )
_____)

## OPPOSITION TO MOTION TO DISMISS AND NOTICE

Plaintiff JET Systems, LLC ("JET") hereby opposes Defendant J.F. Taylor, Inc.'s Motion to Dismiss [ECF # 16] and gives notice that pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff intends to file a superseding First Amended Complaint on or before August 21, 2024.

Dated: August 13, 2024                     Respectfully submitted,

                                                                     /s/ Richard S. Toikka
                                                                     Richard S. Toikka, Fed. Bar No. 13543
                                                                     Russell O. Page, Fed. Bar No. 16035
                                                                     WILT TOIKKA KRAFT, LLP
                                                                     1629 K Street, NW, Suite 300
                                                                     Washington, DC 20006
                                                                     202-508-3648 (phone)
                                                                     202-521-9803 (fax)
                                                                     240-888-8110 (rst mobile)
                                                                     703-609-0771 (rop mobile)
                                                                     rtoikka@wtk-law.com (email)
                                                                     rpaige@wtk-law.com (email)

                                                                     Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Richard S. Toikka, hereby certify that on the 13th day of August 2024 I filed the foregoing Opposition to Motion to Dismiss and Notice with the Court and I am informed and believe that it was served on all counsel of record through the Court's ECF system.

/s/ Richard S. Toikka
Richard S. Toikka