**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| JET SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:24-cv-1628-DKC |
| | ) | |
| J.F. TAYLOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF LYNDSAY A. GORTON IN SUPPORT OF
DEFENDANT J.F. TAYLOR, INC.'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Lyndsay A. Gorton declare as follows:

1.     I am a Counsel at the law firm Crowell & Moring LLP and counsel for Defendant J.F. Taylor, Inc. ("J.F. Taylor") in the above-captioned litigation.  I submit this Declaration in support of Defendant J.F. Taylor's Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum in Support.

2.     Attached as Exhibit 1 to this Declaration is a true and correct copy of correspondence from Wayne D. Taylor to Scott Jaster dated December 2, 2022 regarding "Purchase Order No. 309975 Show Cause Notice."

3.     Attached as Exhibit 2 to this Declaration is a true and correct copy of the Full Record for copyright registration number TX 9-384-065 (accessible at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=TX0009384065&Search_Code=REGS&PID=wzk_X-vFxiZqv0PtUsA9HIGJx5&SEQ=20240729155540&CNT=25&HIST=1).

4.     Attached as Exhibit 3 to this Declaration is a true and correct copy of the deposit submitted by JET Systems, LLC to the United States Copyright Office in connection with copyright registration number TX 9-384-065.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 4th day of September, 2024.

Lyndsay A. Gorton

# EXHIBIT 1



45671 Pleasant Mill Drive ● Great Mills, MD 20634 ● Phone 301-862-3939 | Fax 301-862-4069

December 2, 2022

<u>Via E-mail</u>

Mr. Scott Jaster
JET Systems, LLC
48015-1 Pine Hill Run Rd.
Lexington Park, MD 20653
sjaster@myjetsystems.com

Re:    Purchase Order No. 309975
       Show Cause Notice

Dear Mr. Jaster:

On November 14, 2022, J.F. Taylor, Inc. (J.F. Taylor) provided a Notice of Breach to JET
Systems, LLC (JET), advising of serious concerns regarding software deliveries from JET to the
United States Government in relation to Purchase Order number 309975 (Purchase Order). With
that Notice of Breach, J.F. Taylor enclosed a copy of the Government's letter of concern,
detailing the Government's rejection of the JET deliveries based upon its determination that the
baseline ALF software is not complete and does not constitute the required baseline software
framework. J.F. Taylor further provided JET until November 23, 2022 to cure the breach, which
was subsequently extended to December 2, 2022. By email on November 17, 2022, JET
provided a response to the Notice of Breach and the Government's findings. After review and
consideration of the information provided, it is apparent that JET has not met its obligations
under the Purchase Order. As a result, J.F. Taylor is considering termination of the Purchase
Order for cause.

The Purchase Order required JET to deliver the "Baseline ALF Software, to include build
instructions, all binaries, source code, specify software/hardware dependencies, and container
images." As JET also is aware from the Purchase Order and communications with the
Government and J.F. Taylor prior to issuance of the Purchase Order, the purposes of acquiring
JET's Adaptive Layer Framework (ALF) included obtaining an existing software framework that
would be reusable and platform agnostic, and that avoided the problems of dependencies upon
proprietary systems and vendor lock. These also are basic characteristics of a software
framework. These also are characteristics that JET represented its "Adaptive Layer Framework"
software to have, and that JET expressly advertises. What JET has delivered, however,
represents neither the Baseline ALF Software nor such a reusable framework.

By JET's own definitions and admissions, the delivered product does not represent the Baseline
ALF. For example, the ALF Architectural Design Document (ADD) states that "ALF is a

modular and extensible framework that consist of ALF Core, ALF SDK [Software Development Kit], ALF Apps, and ALF Products." But the Government has determined that the JET delivery is missing ALF CORE, ALF SDK, and ALF Apps. In its November 17 response, JET also admits that it has not delivered these major components of the ALF.

Moreover, JET appears to suggest that components necessary for the ALF to be utilized as the Government intended, such as ALF CORE, ALF SDK, and ALF Apps, might not even have been completed by JET, stating for example that the "delivered ADD was a snapshot in time of overall architectural planning, subject to growth and change over time, and included POSSIBLE future planning language and references." Rather than offering to provide these necessary items, JET suggests further that it can remove such "extraneous references."

Regardless of whether the delivered product represents the baseline ALF, by JET's own admissions it does not provide a reusable framework. Rather than being platform-agnostic, JET has delivered software and artifacts for the ALF PowerPC 653 product that is tied to a specific operating system (VxWorks) and specific hardware (e.g., the Curtiss-Wright Power PC Processor, the Alta Data XMC-MA4 module, and the Network Attached Storage (NAS) module). This makes the delivered ALF not easily portable or reusable for other platforms. Furthermore, the delivered product has no distinction between parts of the codebase that are not intended to change (the purported framework) versus those that the user would modify when tailoring the delivered product. It appears therefore that JET has provided a customized, hard-coded software product for a specific environment, not a platform-agnostic reusable framework. JET's suggestion that it be contracted to "continue to work the effort," and make source-code modifications that would be necessary for use of the product with any other platform, only further supports that conclusion.

J.F. Taylor considers JET to be in breach of the Purchase Order requirement to deliver the Baseline ALF Software and in breach of JET's express and implied warranties of merchantability and fitness for purpose. Because JET has failed to meet its obligations under the Purchase Order within the time prescribed under the Purchase Order, J.F. Taylor is considering terminating the Purchase Order for cause, pursuant to Section 13 of the applicable J.F. Taylor Standard Terms and Conditions. JET is reminded that, in the event of termination for cause, JET will be liable to J.F. Taylor for any and all rights and remedies provided by law.

Accordingly, without waiving any rights, including the right to terminate with or without further notice, J.F. Taylor invites JET to show any reason that it should not be terminated for cause. Any such showing is requested in writing no later than Wednesday, December 7, 2022.

Sincerely,

Wayne D. Taylor
President

# EXHIBIT 2

```
Type of Work:        Text

Registration Number / Date:
                     TX0009384065 / 2024-04-25

Application Title: Adaptive Layer Framework.

Title:               Adaptive Layer Framework.

Description:         Electronic file (eservice)

Copyright Claimant:
                     Jet Systems LLC.

Date of Creation:  2021

Date of Publication:
                     2022-08-08

Nation of First Publication:
                     United States

Authorship on Application:
                     Jet Systems LLC, employer for hire; Citizenship: United
                        States. Authorship: computer program.

Rights and Permissions:
                     Scotty Jaster, Jet Systems LLC, 48015-1 Pine Hill Run Rd,
                        Lexington Park, MD, 20653, (240) 925-5908,
                        sjaster@myjetsystems.com

Copyright Note:    C.O. correspondence.

Names:               Jet Systems LLC
```

===============================================================================

# EXHIBIT 3



# COPY OF E-FILE DEPOSIT

## TX 9-384-065
### (SR 1-13767583631)

Note: Deposits submitted electronically bear no identifying marks.

```
Document file - DO NOT EDIT

<BEGIN> 653POS
0
<END>

<BEGIN> BSP_DIR
$(TGT_DIR)/config/cwv152r110
<END>

<BEGIN> BUILD_RULE_UCODE_OBJLIST = $(UCODE_BINLIST
{UCODE_OBJLIST = $(UCODE_BINLIST:.bin=.obj)}
<END>

<BEGIN> BUILD_RULE_bspFpga.o
{bspFpga.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_bspGpio.o
{bspGpio.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_bspSerial.o
{bspSerial.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c \
    -o \
```

```
     $@}
<END>

<BEGIN> BUILD_RULE_flashLib
{flashLib: \
     ipcom_ipdomain} \
     {# \
     Build \
     the \
     Non-CERT \
     version} \
     {$(MAKE) \
     -f \
     $(PRJ_DIR)/Makefile \
     TOOL=$(TOOL) \
     drv/flash/bspFlashDrv.o} \
     {$(MV) \
     bspFlashDrv.o \
     drv/flash/bspFlashDrv.out} \
     {# \
     Build \
     the \
     CERT \
     version} \
     {$(MAKE) \
     -f \
     $(PRJ_DIR)/Makefile \
     TOOL=$(TOOL) \
     VXBUILD=CERT \
     drv/flash/bspFlashDrv.o} \
     {$(MV) \
     drv/flash/bspFlashDrv.o \
     drv/flash/bspFlashDrv_cert.out}
<END>

<BEGIN> BUILD_RULE_fslDdrCtlr.o
fslDdrCtlr.o: \
     {$(AR) \
     -x \
     $(TGT_DIR)/lib/ppc/PPC32/common/libdrv.a \
     fslDdrCtlr.o}
<END>

<BEGIN> BUILD_RULE_fsl_fman_ucode_%.obj
{fsl_fman_ucode_%.obj: \
     fsl_fman_ucode_%.bin} \
     objcopyppc\ \
     -I\ \
     binary\ \
     -O\ \
     elf32-powerpc-vxworks\ \
     \\ \
     --redefine-sym\ \
     \$(call\ \
```

```
    substring,\$<,start)=\$(call\ \
    substring,\$(notdir\ \
    \$<),start)\ \
    \\ \
    --redefine-sym\ \
    \$(call\ \
    substring,\$<,end)=\$(call\ \
    substring,\$(notdir\ \
    \$<),end)\ \
    \\ \
    -N\ \
    \$(call\ \
    substring,\$<,size)\ \
    \\ \
    {-B \
    powerpc:603 \
    $< \
    $@}
<END>

<BEGIN> BUILD_RULE_linkSyms.o
{linkSyms.o \
    : \
    $(PRJ_DIR)/linkSyms.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(PRJ_DIR)/linkSyms.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_prjConfig.o
{prjConfig.o \
    : \
    $(PRJ_DIR)/prjConfig.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(PRJ_DIR)/prjConfig.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_romInit.o
{romInit.o \
    : \
    $(TGT_DIR)/config/cwv152r110/romInit.s \
    } \
    {$(CC) \
```

```
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS_AS) \
    $(CFLAGS_AS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(ROM_FLAGS_EXTRA) \
    $< \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_romStart.o
{romStart.o \
    : \
    $(TGT_DIR)/config/comps/src/romStart.c \
    } \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(ROM_FLAGS_EXTRA) \
    $< \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_sysALib.o
{sysALib.o \
    : \
    $(TGT_DIR)/config/cwv152r110/sysALib.s} \
    {$(AS) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS_AS) \
    $(CFLAGS_AS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/sysALib.s \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_sysLib.o
{sysLib.o \
    : \
    $(TGT_DIR)/config/cwv152r110/sysLib.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/sysLib.c \
    -o \
    $@}
<END>
```

```
<BEGIN> BUILD_SOURCE_ENABLE
0
<END>

<BEGIN> BUILD__CURRENT
default
<END>

<BEGIN> BUILD__LIST
default default_rom default_romCompress default_romResident
<END>

<BEGIN> BUILD_default_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
     drv/mem/bspEcc.o \
     bspFpga.o \
     bspGpio.o \
     drv/i2c/bspI2C.o \
     drv/timer/bspRtc.o \
     bspSerial.o \
     drv/dio/fpgaDio.o \
     drv/timer/fpgaWDog.o \
     drv/timer/bspWatchdog.o \
     drv/mem/fsSocEcc.o \
     drv/flash/bspFlash.o \
     drv/flash/bspFlashDrv.out
<END>

<BEGIN> BUILD_default_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS
```

```
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -mcpu=e500mc \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    @./ipcom_ipdomain \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500 \
    -I \
    $(PRJ_DIR) \
    -I \
    ../../libNVRAM_API \
    -I \
    ../../libTransport_API \
    -I \
    $(TGT_DIR)/config/cwv152r110 \
    -I \
    $(TGT_DIR)/h \
    -I \
    $(TGT_DIR)/config/comps/src \
    -I \
    $(TGT_DIR)/h/wrn/coreip \
    -I \
    $(TGT_DIR)/src/drv \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I \
    $(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I \
```

```
    $(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I \
    $(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I \
    $(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I \
    $(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    -I \
    $(TGT_DIR)/src/hwif \
    -I \
    $(TGT_DIR)/src/hwif/h
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -xassembler-with-cpp \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
```

```
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS_AS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
```

```
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500 \
    -xassembler-with-cpp
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET
<END>

<BEGIN> BUILD_default_MACRO_CPP
ccppc -E -P
<END>
```

```
<BEGIN> BUILD_default_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_MACRO_DOC_FILES
lastRites
<END>

<BEGIN> BUILD_default_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
     $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
     $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
     $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
     $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
     $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
     $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
     $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
     $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
     $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
     $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_MACRO_LD
ldppc
<END>

<BEGIN> BUILD_default_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
     -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
     -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
     -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
     -L$(TGT_DIR)/lib/ppc/PPC32/common \
     -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
     -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
     -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
     -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>
```

```
<BEGIN> BUILD_default_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_MACRO_OPTION_UNDEFINE_MACRO
-U
<END>

<BEGIN> BUILD_default_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>

<BEGIN> BUILD_default_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_MACRO_ROM_LINK_ADRS
fff00000 # ROM base address
<END>

<BEGIN> BUILD_default_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_MACRO_ROM_TEXT_ADRS
```

```
fff00100  # ROM entry address
<END>

<BEGIN> BUILD_default_MACRO_ROM_WARM_ADRS
fff00104  # ROM warm entry address
<END>

<BEGIN> BUILD_default_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_MACRO_VMA_START
0x0
<END>

<BEGIN> BUILD_default_MACRO_substring
$(join \
    $(subst \
    x,$(subst \
    :,_,$(subst \
    -,_,$(subst \
    .,_,$(subst \
    /,_,$(1))))),_binary_x_),$(2))
<END>

<BEGIN> BUILD_default_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
    {$(TGT_DIR)/src/} \
    {$(TGT_DIR)/config/} \
    {$(TGT_DIR)/h/wrn/coreip/}
<END>

<BEGIN> BUILD_default_TC
::tc_PPC32gnu
<END>

<BEGIN> BUILD_default_romCompress_BUILDRULE
vxWorks_romCompress
```

```
<END>

<BEGIN> BUILD_default_romCompress_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_romCompress_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
    drv/mem/bspEcc.o \
    bspFpga.o \
    bspGpio.o \
    drv/i2c/bspI2C.o \
    drv/timer/bspRtc.o \
    bspSerial.o \
    drv/dio/fpgaDio.o \
    drv/timer/fpgaWDog.o \
    drv/timer/bspWatchdog.o \
    drv/mem/fsSocEcc.o \
    drv/flash/bspFlash.o \
    drv/flash/bspFlashDrv.out
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
```

```
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
```

```
    -fno-inline-functions \
    -xassembler-with-cpp \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_AS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
```

```
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500 \
    -xassembler-with-cpp
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
```

```
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CPP
ccppc -E -P
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_DOC_FILES
lastRites
<END>

<BEGIN> BUILD_default_romCompress_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
    $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
    $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD
ldppc
<END>
```

```
<BEGIN> BUILD_default_romCompress_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_UNDEFINE_MACRO
```

```
-U
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_LINK_ADRS
fff00000 # ROM base address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_TEXT_ADRS
fff00100 # ROM entry address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_WARM_ADRS
fff00104 # ROM warm entry address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_romCompress_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_romCompress_MACRO_VMA_START
0x0
<END>
```

```
<BEGIN> BUILD_default_romCompress_MACRO_subststring
$(join \
      $(subst \
      x,$(subst \
      :,_,$(subst \
      -,_,$(subst \
      .,_,$(subst \
      /,_,$(1))))),_binary_x_),$(2))
<END>

<BEGIN> BUILD_default_romCompress_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
      {$(TGT_DIR)/src/} \
      {$(TGT_DIR)/config/} \
      {$(TGT_DIR)/h/wrn/coreip/}
<END>

<BEGIN> BUILD_default_romCompress_TC
::tc_PPC32gnu
<END>

<BEGIN> BUILD_default_romResident_BUILDRULE
vxWorks_romResident
<END>

<BEGIN> BUILD_default_romResident_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_romResident_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
      drv/mem/bspEcc.o \
      bspFpga.o \
      bspGpio.o \
      drv/i2c/bspI2C.o \
      drv/timer/bspRtc.o \
      bspSerial.o \
      drv/dio/fpgaDio.o \
      drv/timer/fpgaWDog.o \
      drv/timer/bspWatchdog.o \
      drv/mem/fsSocEcc.o \
      drv/flash/bspFlash.o \
      drv/flash/bspFlashDrv.out
<END>
```

```
<BEGIN> BUILD_default_romResident_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS
-DCPU_VARIANT=_ppc85XX_e6500 \
     -g \
     -DPPC32_fp60x \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align \
     -ansi \
     -fno-builtin \
     -fno-merge-constants \
     -fno-inline-small-functions \
     -fno-unit-at-a-time \
     -fno-inline-functions-called-once \
     -fno-inline-functions \
     -Wall \
     -Wsign-compare \
     -mcpu=e500mc \
     -I$(PRJ_DIR) \
     -I$(TGT_DIR)/config/cwv152r110 \
     -I$(TGT_DIR)/h \
     -I$(TGT_DIR)/config/comps/src \
     -I$(TGT_DIR)/h/wrn/coreip \
     -I$(TGT_DIR)/src/drv \
     -DCPU=PPC32 \
     -DTOOL_FAMILY=gnu \
     -DTOOL=gnu \
     -DPRJ_BUILD \
     -D_WRS_KERNEL \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
     @./ipcom_ipdomain \
     -I$(TGT_DIR)/src/hwif \
     -I$(TGT_DIR)/src/hwif/h \
```

```
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -xassembler-with-cpp \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
```

```
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_AS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500 \
    -xassembler-with-cpp
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_PROJECT
```

```
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET
<END>

<BEGIN> BUILD_default_romResident_MACRO_CPP
ccppc -E -P
<END>

<BEGIN> BUILD_default_romResident_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_DOC_FILES
```

lastRites
<END>

<BEGIN> BUILD_default_romResident_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
    $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
    $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_romResident_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_romResident_MACRO_LD
ldppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_romResident_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_romResident_MACRO_NM

```
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_rom_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_rom_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_rom_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_rom_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_UNDEFINE_MACRO
-U
<END>

<BEGIN> BUILD_default_rom_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>
```

```
<BEGIN> BUILD_default_rom_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_rom_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_LINK_ADRS
fff00000  # ROM base address
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_TEXT_ADRS
fff00100  # ROM entry address
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_WARM_ADRS
fff00104  # ROM warm entry address
<END>

<BEGIN> BUILD_default_rom_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_rom_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_rom_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_rom_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_rom_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_rom_MACRO_VMA_START
0x0
<END>

<BEGIN> BUILD_default_rom_MACRO_subststring
$(join \
    $(subst \
    x,$(subst \
    :,_,$(subst \
```

```
    -,_,$(subst \
    .,_,$(subst \
    /,_,$(1))))),_binary_x_),$(2))
<END>

<BEGIN> BUILD_default_rom_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
    {$(TGT_DIR)/src/} \
    {$(TGT_DIR)/config/} \
    {$(TGT_DIR)/h/wrn/coreip/}
<END>

<BEGIN> BUILD_default_rom_TC
::tc_PPC32gnu
<END>

<BEGIN> CERT
0
<END>

<BEGIN> COMPONENT_ERROR_STATUS
0
<END>

<BEGIN> CORE_INFO_TYPE
::prj_vxWorks
<END>

<BEGIN> CORE_INFO_VERSION
4.2
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c_objects
StandALF.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c_objects
DAPI_Interface.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c_objects
653_Director_Helper.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c_tool
C compiler
```

```
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c_objects
Director.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/Configs/OS_Component_Configs.c_objects
OS_Component_Configs.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/Configs/OS_Component_Configs.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_customRule
linkSyms.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_objects
linkSyms.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_customRule
prjConfig.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_objects
prjConfig.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrAppInit.c_objects
usrAppInit.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrAppInit.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrRtpAppInit.c_objects
usrRtpAppInit.o
<END>
```

<BEGIN> FILE_$(PRJ_DIR)/usrRtpAppInit.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/../libTimeService/TimeService.c_objects
TimeService.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../libTimeService/TimeService.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_BOOT_FILE
TRUE
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_customRule
romStart.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_objects
romStart.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_customRule
bspFpga.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_objects
bspFpga.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_customRule
bspGpio.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_objects
bspGpio.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_customRule
bspSerial.o

\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_objects
bspSerial.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_tool
C compiler
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_BOOT_FILE
TRUE
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_customRule
romInit.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_objects
romInit.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_tool
assembler
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_customRule
sysALib.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_objects
sysALib.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_tool
assembler
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_customRule
sysLib.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_objects
sysLib.o
\<END>

\<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_tool
C compiler
\<END>

\<BEGIN> INITIAL_PROFILE
PROFILE_653
\<END>

<BEGIN> MAKEFILE
Makefile.mk
<END>

<BEGIN> OS_NAME
vxworks-6.9
<END>

<BEGIN> PROJECT_FILES
$(TGT_DIR)/config/cwv152r110/sysALib.s \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c \
    $(TGT_DIR)/config/cwv152r110/sysLib.c \
    $(TGT_DIR)/config/cwv152r110/romInit.s \
    $(TGT_DIR)/config/comps/src/romStart.c \
    $(PRJ_DIR)/usrAppInit.c \
    $(PRJ_DIR)/usrRtpAppInit.c \
    $(PRJ_DIR)/prjConfig.c \
    $(PRJ_DIR)/linkSyms.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c \
    $(PRJ_DIR)/Configs/OS_Component_Configs.c \
    $(PRJ_DIR)/../libTimeService/TimeService.c
<END>

<BEGIN> VX_WIND_PLATFORM
vxworks653-3.0.1
<END>

<BEGIN> WCC__CDF_PATH
$(TGT_DIR)/config/comps/vxWorks \
    $(TGT_DIR)/config/comps/vxWorks/arch/ppc \
    $(TGT_DIR)/config/comps/vxWorks/net \
    $(TGT_DIR)/config/comps/vxWorks/net/apps \
    $(TGT_DIR)/config/comps/vxWorks/tool/gnu \
    $(TGT_DIR)/config/cwv152r110 \
    $(PRJ_DIR)
<END>

<BEGIN> WCC__CURRENT
cwv152r110
<END>

<BEGIN> WCC__LIST
cwv152r110
<END>

<BEGIN> WCC__MXR_LIBS

```
<BEGIN> WCC_cwv152r110_COMPONENTS
INCLUDE_CACHE_SUPPORT \
    INCLUDE_CACHE_ENABLE \
    INCLUDE_PROTECT_VEC_TABLE \
    INCLUDE_MMU_BASIC \
    INCLUDE_SYSCLK_INIT \
    INCLUDE_SIO \
    INCLUDE_HW_FP \
    INCLUDE_GOS_SUPPORT \
    INCLUDE_SEM_BINARY_CREATE \
    INCLUDE_SEM_COUNTING_CREATE \
    INCLUDE_MSG_Q_CREATE_DELETE \
    INCLUDE_BASE_KERNEL \
    INCLUDE_CLASS_LIB \
    INCLUDE_CLASS_LIST \
    INCLUDE_SEM_LIB \
    INCLUDE_ANSI_CTYPE \
    INCLUDE_ANSI_LOCALE \
    INCLUDE_ANSI_MATH \
    INCLUDE_ANSI_STDIO \
    INCLUDE_ANSI_STRING \
    INCLUDE_ANSI_TIME \
    INCLUDE_ANSI_ABS \
    INCLUDE_FORMATTED_IO \
    INCLUDE_KERNEL \
    INCLUDE_IO_BASIC \
    INCLUDE_MEM_MGR_BASIC \
    INCLUDE_TASK_CREATE_DELETE \
    INCLUDE_SIGNALS \
    INCLUDE_ANSI_MEMCMP \
    INCLUDE_ANSI_MEMMOVE \
    INCLUDE_ANSI_STRNCAT \
    INCLUDE_ANSI_STRNCMP \
    INCLUDE_FORMATTED_OUT_BASIC \
    INCLUDE_CTORS_DTORS \
    INCLUDE_CPLUS_LANG \
    INCLUDE_GNU_INTRINSICS \
    INCLUDE_MSG_Q \
    INCLUDE_SEM_BINARY \
    INCLUDE_TASK_HOOKS \
    INCLUDE_WATCHDOGS \
    INCLUDE_MEM_MGR_INFO \
    INCLUDE_USER_APPL \
    INCLUDE_SIMPLE_BANNER \
    INCLUDE_MEM_MGR_FULL \
    INCLUDE_OBJ_LIB \
    INCLUDE_OBJ_INFO \
    INCLUDE_VXMEMPROBE_INIT \
    INCLUDE_VXEVENTS \
    INCLUDE_SEM_MUTEX \
    INCLUDE_SEM_COUNTING \
    INCLUDE_SEM_MUTEX_CREATE \
    INCLUDE_WATCHDOGS_CREATE_DELETE \
    INCLUDE_EXC_TASK \
```

```
    INCLUDE_HOOKS \
    INCLUDE_DLL \
    INCLUDE_Q_FIFO \
    INCLUDE_ATOMIC_OPERATORS \
    INCLUDE_LOGGING \
    INCLUDE_LSTLIB \
    INCLUDE_MSG_Q_EVENTS \
    INCLUDE_SEM_EVENTS \
    INCLUDE_TASK_VARS \
    INCLUDE_PROTECT_TASK_STACK \
    INCLUDE_FLOATING_POINT \
    INCLUDE_SELECT \
    INCLUDE_AMIO \
    INCLUDE_FP_TYPE \
    INCLUDE_POOL \
    INCLUDE_RNG_BUF \
    INCLUDE_Q_FIFO_CREATE_DELETE \
    INCLUDE_Q_PRI_BMAP_CREATE_DELETE \
    INCLUDE_PROTECT_INTERRUPT_STACK \
    INCLUDE_HM \
    INCLUDE_APEX \
    INCLUDE_COPROCESSOR \
    INCLUDE_CORE_E6500
<END>

<BEGIN> WCC_cwv152r110_IMPLICIT_COMPONENTS
INCLUDE_MEMORY_CONFIG \
    INCLUDE_MMU_GLOBAL_MAP \
    INCLUDE_BSP_MACROS \
    INCLUDE_TTY_DEV \
    INCLUDE_GOS_SIMICS_SYM_USE \
    INCLUDE_SYS_START \
    INCLUDE_SYSHW_INIT \
    INCLUDE_OFFSET_SYMBOLS \
    INCLUDE_EDR_STUB \
    INCLUDE_SELECT_SUPPORT \
    INCLUDE_ANSI_STDLIB \
    INCLUDE_ANSI_STRERROR \
    INCLUDE_ANSI_ABORT \
    INCLUDE_ANSI_STRCMP \
    INCLUDE_ANSI_LONGJMP \
    INCLUDE_SIGNAL_ARCH \
    INCLUDE_ANSI_STRLEN \
    INCLUDE_STDIO \
    INCLUDE_ANSI_BSEARCH \
    INCLUDE_ANSI_STRCPY \
    INCLUDE_ANSI_ATOF \
    INCLUDE_ANSI_STRTOD \
    INCLUDE_ANSI_STDLIB_NUMBERS \
    INCLUDE_ENV_VARS \
    INCLUDE_BLIB \
    INCLUDE_ANSI_MEMCHR \
    INCLUDE_ANSI_MEMCPY \
    INCLUDE_ANSI_MEMSET \
```

```
    INCLUDE_ANSI_STRCAT \
    INCLUDE_ANSI_STRCASECMP \
    INCLUDE_ANSI_STRNCASECMP \
    INCLUDE_ANSI_STRNCPY \
    INCLUDE_ANSI_STRLCPY \
    INCLUDE_POSIX_CLOCKS \
    INCLUDE_TASK_SHOW \
    INCLUDE_SEM_INFO \
    INCLUDE_TASK_LIST \
    INCLUDE_EXC_HANDLING \
    INCLUDE_SEM_DELETE \
    INCLUDE_TASK_INFO \
    INCLUDE_TASK_RESTART \
    INCLUDE_KERNEL_ARCH \
    INCLUDE_Q_LIB \
    INCLUDE_Q_PRI_LIST \
    INCLUDE_Q_PRI_BMAP \
    INCLUDE_Q_PRI_DELTA \
    INCLUDE_TIME_MONITOR \
    INCLUDE_SLL \
    INCLUDE_VX_TRADITIONAL_SCHEDULER \
    INCLUDE_AVL_UINT_TREES \
    INCLUDE_TYLIB \
    INCLUDE_DEFERRED_INTERRUPT_ENABLE \
    INCLUDE_SAFEIPC \
    INCLUDE_SPINLOCK \
    INCLUDE_SAFEIPC_CACHE_SYNC \
    INCLUDE_AIM_CACHE \
    INCLUDE_OSM \
    INCLUDE_BLIB_ARCH \
    INCLUDE_OBJ_LIB_ARCH \
    INCLUDE_GOS_BOOT_APP
<END>

<BEGIN> WCC_cwv152r110_PARAM_AIO_TASK_PRIORITY
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_AIO_TASK_STACK_SIZE
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_18))
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE_MAX
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_10))
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE_MIN
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_21))
<END>
```

<BEGIN> WCC_cwv152r110_PARAM_BOOT_DISABLE_MMU_BEFORE_ENTRY
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+BOOT_LINE_OFFSET))
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_OFFSET
0x4200
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_SIZE
255
<END>

<BEGIN> WCC_cwv152r110_PARAM_BSP_REV
"/REL 1.1 608765-110 Rev - (build 001)"
<END>

<BEGIN> WCC_cwv152r110_PARAM_BSP_VERSION
"6.5"
<END>

<BEGIN> WCC_cwv152r110_PARAM_CDROM_COM_BUF_SIZE
3
<END>

<BEGIN> WCC_cwv152r110_PARAM_CONSOLE_BAUD_RATE
115200
<END>

<BEGIN> WCC_cwv152r110_PARAM_CONSOLE_TTY
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_CKSUM_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_COMPRESSION_LEVEL
9
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MAX_HOOKS
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_FILTER_MAX
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_POOL_PAGE_SIZE
0x8000

```
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_POOL_PROTECTION_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_REGION_SIZE
pmFreeSpace(pmDefaultArena)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_SKIP_TEXT_SECTION
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_SKIP_USER_RESERVED_MEM
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_STACK_SIZE
8192
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_HIGH_THRESHOLD
(100)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_ISR_P_STATE
(0)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_LOW_THRESHOLD
(0)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_TASK_P_STATE
(cpuPwrP0State)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_UTIL_PERIOD1
(300)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_UTIL_PERIOD2
(1000)
<END>

<BEGIN> WCC_cwv152r110_PARAM_DEFAULT_BOOT_LINE
"memac(1,0)host:system.elf \
    h=192.168.1.39 \
    e=192.168.1.216:ffffff00 \
    g=192.168.1.2 \
    f=0x0080"
<END>
```

<BEGIN> WCC_cwv152r110_PARAM_DEVICE_MANAGER_MAX_NUM_DEVICES
255
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_CREATE_OPTIONS
0x04
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_DATA_CACHE_SIZE
0x20000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_DIR_CACHE_SIZE
0x2000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_FAT_CACHE_SIZE
0x10000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_MAX_FILES
20
<END>

<BEGIN> WCC_cwv152r110_PARAM_EDR_ERRLOG_SIZE
(pmFreeSpace(EDR_PM_ARENA)/2)
<END>

<BEGIN> WCC_cwv152r110_PARAM_EDR_RECORD_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_ENET_DEFAULT
0x1EA00000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ENV_VAR_USE_HOOKS
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_ERF_MAX_USR_CATEGORIES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_ERF_MAX_USR_TYPES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_EXC_MSG_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+EXC_MSG_OFFSET))
<END>

<BEGIN> WCC_cwv152r110_PARAM_EXC_MSG_OFFSET
0x4300

```
<END>

<BEGIN> WCC_cwv152r110_PARAM_FATAL_SYSTEM_CORE_DUMP_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_0_TYPE
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_1_TYPE
-1
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_DEV_NAME
"/fd"
<END>

<BEGIN> WCC_cwv152r110_PARAM_FREE_RAM_ADRS
(end)
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_PRIMARY_MASTER
"/ata00:1"
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_PRIMARY_SLAVE
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_SECONDARY_MASTER
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_SECONDARY_SLAVE
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_HRFS_DEFAULT_MAX_BUFFERS
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_HRFS_DEFAULT_MAX_FILES
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_HWMEM_POOL_SIZE
100000
<END>

<BEGIN> WCC_cwv152r110_PARAM_INCLUDE_WDB_TTY_TEST
TRUE
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_INIT_NBIO_MSGS
32
<END>

<BEGIN> WCC_cwv152r110_PARAM_INTERRUPT_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_INTERRUPT_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_INT_LOCK_LEVEL
0x0
<END>

<BEGIN> WCC_cwv152r110_PARAM_ISR_STACK_SIZE
5000
<END>

<BEGIN> WCC_cwv152r110_PARAM_JOB_TASK_STACK_SIZE
8000
<END>

<BEGIN> WCC_cwv152r110_PARAM_KERNEL_APPL_CORE_DUMP_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_LOGIN_PASSWORD
"RcQbRbzRyc"
<END>

<BEGIN> WCC_cwv152r110_PARAM_LOGIN_USER_NAME
"target"
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAC_ADRS_LEN
6
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_AIO_SYS_TASKS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_ISR_JOBS
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_LIO_CALLS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_LOG_MSGS
50
```

&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_MAC_ADRS
MEMAC_NUM
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_MAC_DEVS
4
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_REBOOT_HOOKS
8
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_BLOCK_GUARD_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_EXTENDED_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_FILL_FREE_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_FREE_QUEUE_LEN
64
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_POOL_SIZE
0x100000
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEM_PART_DEFAULT_OPTIONS
0xbb0
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MQ_HASH_SIZE
0
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_DOSFS_FILES
20
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_DRIVERS
20
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_FILES
50
&lt;END&gt;

<BEGIN> WCC_cwv152r110_PARAM_NUM_RAWFS_FILES
5
<END>

<BEGIN> WCC_cwv152r110_PARAM_NUM_SIGNAL_QUEUES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_NUM_TTY
4
<END>

<BEGIN> WCC_cwv152r110_PARAM_NV_BOOT_OFFSET
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_NV_RAM_SIZE
0x80000
<END>

<BEGIN> WCC_cwv152r110_PARAM_OBJ_LIBRARY_OPTIONS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_PM_RESERVED_MEM
(6 * VM_PAGE_SIZE)
<END>

<BEGIN> WCC_cwv152r110_PARAM_POSIX_PTHREAD_RR_TIMESLICE
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_RESERVED
0x4400
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_BASE_ADRS
0xFFF00000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_SIZE
0x00100000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_TEXT_ADRS
0xFFF00100
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_WARM_ADRS
(ROM_TEXT_ADRS + 0x0004)
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROOT_STACK_SIZE
24000

<END>

<BEGIN> WCC_cwv152r110_PARAM_SEM_RW_MAX_CONCURRENT_READERS
32
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_COMPATIBLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_DEFAULT_CONFIG
"LINE_EDIT_MODE=,LINE_LENGTH=256,STRING_FREE=manual,INTERPRETER=,VXE_PATH=.;/romfs"
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_FIRST_CONFIG
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_REMOTE_CONFIG
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_SECURE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_STACK_SIZE
(0x10000)
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_START_AT_BOOT
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_TASK_NAME_BASE
"tShell"
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_TASK_OPTIONS
(VX_FP_TASK | VX_UNBREAKABLE | COPROCS_ALL | VX_PRIVATE_ENV)
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHELL_TASK_PRIORITY
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_SHM_DEV_NAME
"/shm"
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_ANCHOR_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+SM_ANCHOR_OFFSET))

```
<BEGIN> WCC_cwv152r110_PARAM_SM_ANCHOR_OFFSET
0x4100
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_CPUS_MAX
DEFAULT_CPUS_MAX
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MASTER
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MAX_PKTS
200
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MAX_WAIT
3000
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_MEM_PART
4
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_MSG_Q
10
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_NAME
100
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_SEM
60
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_TASK
40
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_MAX_TRIES
5000
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_TASK_OPTIONS
0
<END>

<BEGIN> WCC_cwv1r110_PARAM_SM_OBJ_TASK_PRIORITY
40
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_PKTS_SIZE
0
```

<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_TAS_TYPE
SM_TAS_HARD
<END>

<BEGIN> WCC_cwv152r110_PARAM_STACK_SAVE
0x1000
<END>

<BEGIN> WCC_cwv152r110_PARAM_STAT_TBL_HASH_SIZE_LOG2
6
<END>

<BEGIN> WCC_cwv152r110_PARAM_STORE_ABS_SYMBOLS
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SW_MMU_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYM_TBL_HASH_SIZE_LOG2
8
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE
60
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE_MAX
8000
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE_MIN
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_MODEL
"VPX3-152"
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_KERNEL_EXEC_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_KERNEL_EXEC_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXC_STACK_OVERFLOW_SIZE
4096

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXC_STACK_SIZE
8192
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXEC_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXEC_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_DRIVE_NUMBER
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_MOUNT_POINT
"/tffs0"
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_REMOVABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_WRT_THRESHLD
20
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_XOFF_PCNT
85
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_XON_PCNT
50
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_CACHE_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_CACHE_MODE
CACHE_LIBRARY_MODE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_MMU_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_CACHE_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_CACHE_MODE
CACHE_LIBRARY_MODE

<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_MMU_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_RESERVED_MEM
0x00000000
<END>

<BEGIN> WCC_cwv152r110_PARAM_VEC_BASE_ADRS
LOCAL_MEM_LOCAL_ADRS
<END>

<BEGIN> WCC_cwv152r110_PARAM_VM_PAGE_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_GLOBAL_NO_STACK_FILL
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_NATIVE_SCHED_CONSTANT_RDY_Q
VX_TRAD_SCHED_CONSTANT_RDY_Q
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_TRAD_SCHED_CONSTANT_RDY_Q
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_BP_MAX
25
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_COMM_PORT
0x4321
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_COMM_VTMD
8
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_ADDRESS
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_NAME
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_UNIT
0

```
<BEGIN> WCC_cwv152r110_PARAM_WDB_GOPHER_TAPE_LEN
1400
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_GOPHER_TAPE_NB
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_MAX_RESTARTS
5
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_MTU
1500
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_INDEX
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_NUM_ACCESS
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_POLL_DELAY
2
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_ROMSIZE
ROM_SIZE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_TYPE
400
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_WIDTH
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_POOL_SIZE
((unsigned int) (sysMemTop() - FREE_RAM_ADRS)/16)
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_PORT
0x4444
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_TASK_OPTIONS
VX_SUPERVISOR_MODE | VX_UNBREAKABLE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_TASK_PRIORITY
55
```

<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_TASK_STACK_SIZE
10000
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_REGS_SIZE
512
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_RESTART_TIME
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_RTP_PRIORITY
200
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_SPAWN_OPTS
VX_FP_TASK
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_SPAWN_PRI
100
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_SPAWN_STACK_SIZE
0x5000
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_STACK_SIZE
0x2000
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TASK_OPTIONS
VX_UNBREAKABLE | VX_FP_TASK
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TASK_PRIORITY
3
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TIPC_PORT_INSTANCE
71
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TIPC_PORT_TYPE
70
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_BAUD
9600

<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_CHANNEL
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_DEV_NAME
"/tyCo/1"
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_ECHO
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WIND_JOBS_MAX
64
<END>

<BEGIN> WCC_cwv152r110_PARAM_XBD_BLK_DEV_TASK_PRIORITY
50
<END>

<BEGIN> WCC_cwv152r110_SOFT_EXCLUDE_COMPONENTS

<END>

<BEGIN> userComments

```c
/******************************************************************************
 * Classification: UNCLASSIFIED
 * CSCI Name: ALF Standard Library 1.0
 * Description: The ALF Standard Library provides common types and utilities to
 * the ALF Framework and provides external consumers with access to our data
 * types.
 * File Name: StandALF.c
 * Author: MatthewMouring
 * Date: Jan 7, 2021
 * Adaptive Layer Framework (ALF)
 * JET Systems, LLC (C) 2021
 * Distribution Statement D
 *          Distribution authorized to Department of Defense and U.S. DoD      *
 *          contractors only; Critical Technology; Software Documentation;    *
 *          01/07/2021. Other requests for this document shall be referred to *
 *          JET Systems 48015-1 Pine Hill Run Road, Lexington Park, MD 20653   *
 * WARNING - This document contains technical data whose export is restricted  *
 *          by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et     *
 *          seq.) or the Export Administration Act of 1979 (Title 50, U.S.C.,  *
 *          App. 2401 et seq), as amended.  Violations of these export laws    *
 *          are subject to severe criminal penalties.  Disseminate in          *
 *          accordance with provisions of DoD Directive 5230.25.               *
 ******************************************************************************/

#include "../alfStdLib.h"
#include <stdio.h>

#define PRINT_BUFFER_SIZE 512


/* "For even the very wise cannot see all ends." ~ Gandalf
 *                          ....
 *                       ." '"'
 *                      .' :
 *\                    .:  :
 *\\                  _:  :    ..----.._
 * \\              .::.......:.. '      "
 * \\            .' #-. .-######'   #    '.
 *  \\          '.##'/ ' ###############    :
 *   \\          ######################    :
 *    \\       ..##.-.#### ."'###'..    :
 *     \\      :--:#########:          '.  .':
 *      \\.._...-.. :--:#######.'  '.    '.   :
 *       :    :  :  "':-."::.          '. .'
 *       '---"'..:  ':   '.'"    '.      .:'
 *          \\ :: : :  '     """.  '.    .:
 *           \\ :: : :  '          '.   '   :
 *           \\:: : :         ...' .:    '   '.
 *            \\:: : :    .....####\\ .~~.:.            :
 *             \\':..:..:'#########.===. ~ |.'-.  . '"..:
 *              \\  .'  ##########  \\ \\ _.'. '-.     "'.
 *              :\\  :   ########   \\ \\    '. '-.       :
 *              : \\'   '  #### :   \\ \\    :.    '-.     :
```