IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **JET SYSTEMS, LLC,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 8:24-cv-1628-DKC |
| **J.F. TAYLOR, INC.,** | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court on a Motion to Dismiss Plaintiff's First Amended Complaint by Defendant J.F. Taylor, Inc., and the Court having reviewed and considered the Memorandum of Law in support of the Motion and any opposition thereto, and the matter being fully briefed; and for good cause shown;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that the J.F. Taylor, Inc.'s Motion to Dismiss is hereby **GRANTED**, and it is further,

**ORDERED** that the case is dismissed with prejudice.

The Clerk is directed to close the case.

_____
The Hon. Deborah K. Chasanow, U.S.D.J.

Copies to All Counsel of Record