IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **JET SYSTEMS, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**J.F. Taylor, Inc.**<br><br>      Defendant. | Civil Action No. 8:24-cv-01628-DKC |

**MOTION TO SEAL THE GOVERNMENT'S AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL EXHIBIT 2 TO FIRST AMENDED COMPLAINT**

The United States ("the Government"), by counsel, Brian M. Boynton, Principal Deputy Assistant Attorney General, Scott Bolden, Director, Philip Charles Sternhell, Of Counsel, and Carrie E. Rosato, Trial Attorney for the Commercial Litigation Branch, Civil Division of the Department of Justice, move for the Court to seal the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint (the "Brief") and Exhibit 1 to the Brief.

                                                                                              Respectfully submitted,

                                                                                              BRIAN M. BOYNTON
                                                                                              Principal Deputy Assistant Attorney General

                                                                                              SCOTT BOLDEN
                                                                                              Director

                                                                                              PHILIP CHARLES STERNHELL
                                                                                              Of Counsel

                                                                  By:   */s/ Carrie Rosato*
                                                                                 Carrie E. Rosato

Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
(202) 307-0415
carrie.e.rosato@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **JET SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**J.F. Taylor, Inc.**<br><br>Defendant. | Civil Action No. 8:24-cv-01628-DKC |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SEAL THE GOVERNMENT'S AMICUS BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL EXHIBIT 2 TO FIRST AMENDED COMPLAINT**

The Department of Justice ("the Government"), by counsel, Brian M. Boynton, Principal Deputy Assistant Attorney General, Scott Bolden, Director, Philip Charles Sternhell, Of Counsel, and Carrie E. Rosato, Trial Attorney for the Commercial Litigation Branch, Civil Division of the Department of Justice, file this Memorandum of Law in Support of the Government's *Motion to Seal the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint*.

On August 21, 2024, Plaintiff JET Systems, LLC ("JET") filed the First Amended Complaint ("FAC"). Dkt. No. 19. Exhibit 2 to the FAC is an email chain that includes presentation slides with "CUI" or Controlled Unclassified Information markings and a "Distribution D" statement. Dkt. No. 19-3. JET sought to seal Exhibit 2 to the FAC on September 5, 2024. Dkt.

No. 24.  November 20, 2024, the Government filed under seal, the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint (the "Brief").  The Government's Brief seeks to provide the Court with further information in support of sealing Exhibit 2 to the FAC.  Dkt. No. 30.

Local Rule 105.11 of the Local Rules of the United States District Court for the District of Maryland provides that "[a]ny motion seeking the sealing of pleadings, motions, exhibits, or other documents . . . shall include (a) proposed reasons supported by specific factual representations to justify sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection."  Although there is a presumption of access to judicial records and documents, it is well-settled that this presumption can be rebutted if "countervailing interests heavily outweigh the public interests in access."  *Rushford v. New Yorker Mag., Inc.*, 846 F.2d 249, 253 (4th Cir. 1988).

Here, the Government's Brief and Exhibit 1 to the Brief reference information protected by the Department of Defense as "CUI" and marked with Distribution Statement D, meaning the protected information should not be publicly disclosed.  "Controlled Unclassified Information (CUI) is information the Government creates or possesses, or that an entity creates or possesses for or on behalf of the Government, that a law, regulation, or Government-wide policy requires or permits an agency to handle using safeguarding or dissemination controls." 32 CFR § 2002.4.  Distribution Statement D is a dissemination control used by the Department of Defense for multiple categories of information including CTI, export controlled, vulnerability information, and software documentation and only authorizes distribution to the Department of Defense and U.S. Contractors.  DOD Inst. 5230.24 at Table 1, § 4.2.d.  The Brief and Exhibit 1 to the Brief discuss information contained in Exhibit 2 to the FAC and explain why Exhibit 2, containing information with CUI markings and a "Distribution D" statement, should be under seal.

2

The Government's interest in protecting sensitive Department of Defense information outweighs the public interest in access to the Brief and its exhibit. Due to the protected nature of the information discussed throughout the Brief and Exhibit 1 to the Brief, an alternative to sealing would not be sufficient.

For these reasons, the Court should grant this motion and seal the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint and Exhibit 1 to the Motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director

Of Counsel:

PHILIP CHARLES STERNHELL
Department of Justice

November 20, 2024

 /s/ *Carrie Rosato*
CARRIE ROSATO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Email: carrie.e.rosato@usdoj.gov
Telephone:  (202) 307-0415
Facsimile:   (202) 307-0345

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **JET SYSTEMS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**J.F. Taylor, Inc.**<br><br>　　　　Defendant. | Civil Action No. 8:24-cv-01628-DKC |

**ORDER GRANTING MOTION TO SEAL
THE GOVERNMENT'S AMICUS BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION TO SEAL EXHIBIT 2 TO FIRST AMENDED COMPLAINT**

Upon consideration of the *Motion to Seal the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint* (the "Motion"), filed by the United States, and there being good cause therefor, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Government's Amicus Brief in Support of Plaintiff's Motion to Seal Exhibit 2 to First Amended Complaint (the "Brief") and Exhibit 1 to the Brief, previously filed under seal, *see* Dkt. No. 30, shall **REMAIN UNDER SEAL**.

.

Dated: _____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Deborah K. Chasanow
　　　　　　　　　　　　　　　　United States District Judge